United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
Nos. 97-2711/3291

Robert B. DePugh,                              *
                                               *
              Appellant,                       *
                                               *
      v.                                       *   Appeals from the United States
                                               *   District Court for the
Willis Swearingin, former Sheriff              *   Western District of Missouri.
Carroll County, Missouri, in his               *
personal and official capacities,              *        [UNPUBLISHED]
                                               *
              Appellee.                        *

_____

Submitted: March 6, 1998
Filed:  March 13, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
     Judges.

_____

PER CURIAM.

      Robert B. DePugh appeals the judgment of the District Court[1] granting
defendant's motion for entry of judgment under Federal Rule of Civil Procedure 52(c)
in his 42 U.S.C. § 1983 (1994) action.  DePugh also appeals the District Court's award
of attorney fees in the amount of $5,000 to defendant under 42 U.S.C. § 1988 (1994).
Having reviewed the record and the parties' submissions on appeal, we conclude that

_____

      [1]The Honorable Nanette K. Laughrey, United States District Judge for the
Western District of Missouri.

the District Court did not err in granting defendant's motion for entry of judgment under Federal Rule of Civil Procedure 52(c). We also conclude that the District Court did not abuse its discretion in awarding attorney fees to defendant. DePugh's other arguments are without merit. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We grant Swearingin's motion for sanctions against DePugh for filing a frivolous appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-